IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| K.MIZRA LLC, | § | |
| | § | |
| Plaintiff, | § | Case No. 1:26-cv-01981 |
| v. | § | |
| | § | |
| PORTNOX SECURITY LLC, | § | |
| | § | |
| Defendant. | § | |

**UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Portnox Security LLC ("Portnox" or "Defendant"), files this Unopposed Motion to Stay All Deadlines and Notice of Settlement and respectfully moves this Court to stay all deadlines for thirty (30) days.

K.Mizra LLC and Portnox Security LLC have reached a settlement in principle of the subject matter of this case, and the parties respectfully request that the Court stay all unreached deadlines for thirty (30) days so that the settlement agreement can be finalized and appropriate dismissal papers submitted.

Dated: October 19, 2026

Respectfully submitted,

*/s/ John M. Guaragna*

John M. Guaragna
Texas Bar No. 24043308
DLA PIPER LLP (US)
303 Colorado, Suite 3000
Austin, TX 78701
Tel: 512.457.7125
Fax: 512.457.7001
john.guaragna@us.dlapiper.com

**ATTORNEY FOR DEFENDANT PORTNOX SECURITY LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 19, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by facsimile and/or first-class mail.

*/s/ John M. Guaragna*
John M. Guaragna

**CERTIFICATE OF CONFERENCE**

I hereby certify that Defendant conferred with Plaintiff's counsel and Plaintiff does not oppose Defendant's request sought in this motion.

*/s/ John M. Guaragna*
John M. Guaragna